

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00638-CR

Joe **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10795
Honorable Sid L. Harle, Judge Presiding

## O R D E R

    The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief due January 14, 2015.

_____
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court